Receipt 1091197
$3.05
1/11/11

# *Thomas J. Gaffney*

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Paul R. Warren, Clerk of Court  **JAN 11 2011**
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: Dennis Mahn /Case # 04-14442
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Axsys National Bank     Amount $ 3.05     Claim Register # 7

_____
Trustee, Thomas J. Gaffney

FILED JAN 11 2011 BANKRUPTCY COURT BUFFALO, N.Y.