3/17/11
# 11091513
$7.93
KJ

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: Dennis & Rosemary Mahn /Case # 04-14442CLB
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    X    I have made a diligent effort to locate the claimant(s) for said funds and the checks have not been cashed.

    \_\_\_\_    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  GE Capital     Amount $ 7.93     Claim Register #  13

_____
THOMAS J. GAFFNEY
Trustee

FILED MAR 17 2011 BANKRUPTCY COURT BUFFALO, N.Y.