# 11091542
$7.32
mahn
3/23/11

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: Dennis & Rosemary Mahn /Case # 04-14442CLB
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    X    I have made a diligent effort to locate the claimant(s) for said funds and the checks have not been cashed.

          The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant GE Capital      Amount $ 7.32      Claim Register # 12

THOMAS J. GAFFNEY
Trustee



FILED
MAR 23 2011
BANKRUPTCY COURT
BUFFALO, N.Y.